JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
PYATT SILVESTRI
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
(702) 383-6000
Fax: (702) 477-0088

Attorney for Defendant,
CENTURY-NATIONAL INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LINDO MICHOACAN, INC., a Nevada corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>CENTURY-NATIONAL INSURANCE COMPANY, a California corporation,<br><br>  Defendant. | CASE NO.:  2:23-cv-01798-RFB-(DJA)<br><br>**ORDER TO STAY ALL PROCEEDINGS PENDING MEDIATION** |

Plaintiff, LINDO MICHOACAN, INC., and Defendant, CENTURY-NATIONAL INSURANCE COMPANY, by and through their respective counsel of record, hereby jointly request that the Court Order a stay of all proceedings pending private Mediation or other forms of ADR.

WHEREAS, the parties have agreed to put this matter into mediation;

WHEREAS, the parties set out their proposal for ADR and reflected the parties intent to seek ADR in the Status Report filed with the Court on December 5, 2023 (Docket No. 9), and

WHEREAS, it is the parties intent that the Court Order all proceedings in the above-entitled action be stayed pending the mediation;

NOW, THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:

1. That all proceedings in the above-entitled action are hereby stayed for an initial 90 days, pending the holding of a Mediation in this matter;

2. If the case has not successfully resolved in the 90 day period, and the parties in good faith believe more time to seek ADR is warranted, the parties will set forth the reasons and proposal for further time in a report to the Court before the expiration of the 90 days.

3. That at the conclusion of the mediation, if a settlement is reached, the parties will execute a Stipulation of Dismissal of All Claims with Prejudice to be submitted to this Court, dismissing this matter in full with prejudice.

Dated this 3rd day of January, 2024.

LAW OFFICES OF STEVEN J. PARSONS

/s/ Steven J. Parsons _
STEVEN J. PARSONS, ESQ.
Nevada Bar No. 363
10091 Park Run Drive, Suite 200
Las Vegas, NV 89145
*Attorney for Plaintiff,*
*LINDO MICHOACAN, INC.*

Dated this 3rd day of January, 2024.

PYATT SILVESTRI

/s/ James P. C. Silvestri _
JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
*Attorney for Defendant,*
*CENTURY-NATIONAL INSURANCE COMPANY*

## **ORDER**

Pursuant to the foregoing Stipulation to Stay All Proceedings Pending Mediation,

**IT IS HEREBY ORDERED** that all proceedings in the above-entitled matter are hereby stayed for an initial 90 days, pending the outcome of a mediation.

**IT IS FURTHER ORDERED** that if the case has not successfully resolved in the 90-day period, and the parties in good faith believe more time to seek ADR is warranted, the parties will set forth the reasons and proposal for further time in a report to the Court before the expiration of the 90 days.

**IT IS FURTHER ORDERED** that at the conclusion of the mediation, if a settlement is reached, the parties will execute a Stipulation of Dismissal of All Claims with Prejudice to be submitted to this Court, dismissing this matter in full with prejudice.

Dated: January 22, 2024.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE