1  Steven J. Parsons
   Nevada Bar No. 363
2  LAW OFFICES OF STEVEN J. PARSONS
   10091 Park Run Dr Ste 200
3  Las Vegas, NV 89145-8868
   (702) 384-9900
4  (702) 384-5900 (fax)
   Steve@SJPlawyer.com
5
   Attorney for Plaintiff
6  LINDO MICHOACÁN, INC.

7  James P. C. Silvestri
   Nevada Bar No. 3603
8  PYATT SILVESTRI
   7670 W Lake Mead Blvd Ste 250
9  Las Vegas, NV 89128-6652
   (702) 383-6000
10 (702) 477-0088 (fax)
   jsilvestri@pyattsilvestri.com
11
   Attorneys for Defendant
12 CENTURY-NATIONAL INSURANCE COMPANY
13

14                UNITED STATES DISTRICT COURT

15                     DISTRICT OF NEVADA

| | |
|---|---|
| 16  LINDO MICHOACÁN, INC., a Nevada corporation, | Case No. 2:23-cv-01798-RFB-(DJA) |
| 17      Plaintiff, | THE PARTIES' STIPULATION AND ORDER OF DISMISSAL, *WITH PREJUDICE* |
| 18  vs. | |
| 19  CENTURY-NATIONAL INSURANCE COMPANY, a California corporation, | |
| 20      Defendant. | |

LINDO MICHOACÁN, INC. ("Plaintiff"), by its counsel, Steven J. Parsons, of LAW OFFICES OF STEVEN J. PARSONS, and CENTURY-NATIONAL INSURANCE COMPANY ("Defendant") by its counsel, James P.C. Silvestri of PYATT SILVESTRI, (together, the "Parties") hereby agree the Parties have comprehensively settled their disputes, the Parties have executed a bilateral settlement agreement, and upon receipt of the consideration due Plaintiff from the settlement,



the Parties each bearing and paying its own attorney's fees and costs of suit, this case should be dismissed, *with prejudice*.

Respectfully Submitted: Tuesday, December 2, 2025.

| PYATT SILVESTRI | LAW OFFICES OF STEVEN J. PARSONS |
|---|---|
| /s/ James P. C. Silvestri | /s/ Steven J. Parsons |
| James P. C. Silvestri | Steven J. Parsons |
| Nevada Bar No. 3603 | Nevada Bar No. 363 |
| Attorneys for Defendant, | Attorney for Plaintiff, |
| CENTURY-NATIONAL INSURANCE CO. | LINDO MICHOACÁN, INC. |

## ORDER

Upon the foregoing Stipulation of the Parties' counsel, **IT IS HEREBY ORDERED** this case is **DISMISSED** in its entirety, with prejudice, with each party paying its own attorney's fees and costs of suit.

**DATED:** December 3, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**